UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

Mitchell Kreat, Plaintiff(s),

-against-

Burgers To Go Inc. and Sammy Sultan, Defendant(s).

----------------------------------------------------------X

REQUEST FOR
CERTIFICATE OF
DEFAULT

13-CV-6258 (JS)(AKT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 14 2013 ★
LONG ISLAND OFFICE

RECEIVED
NOV 14 2013
EDNY PRO SE OFFICE

TO:   DOUGLAS C. PALMER
      UNITED STATES DISTRICT COURT
      EASTERN DISTRICT OF NEW YORK

Please enter the default of defendant(s), Burgers To Go Inc. and Sammy Sultan pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of Mitchell Kreat.

Dated: 11/14/13

By: _____
    (Signature)

    Mitchell Kreat
    (Print name)

    200 E. 94 St 1810
    (Address)

    New York, NY 10128

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 14 2013 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Mitchell Krevat,

Plaintiff(s)

-against-

Burgers to Go, Inc : Sammy Sultan

Defendant(s).

-------------------------------------------------------X

AFFIRMATION IN SUPPORT
OF
REQUEST FOR CERTIFICATE
OF DEFAULT

CV-13-6258 (JS)(AKT)

Mitchell Krevat hereby declares as follows:

1. I am the plaintiff in this action.

2. This action was commenced pursuant to 43(A) of Lanham Act = USC 1125 et al.

3. The time for defendant(s), Burgers to Go Inc : Sammy Sultan to answer or otherwise move with respect to the complaint herein has expired.

4. Defendant(s), Burgers to Go Inc : Sammy Sultan, has not answered or otherwise moved with respect to the complaint, and the time for defendant(s) Burgers to Go Inc : Sammy Sultan to answer or otherwise move has not been extended.

5. That defendant(s) Burgers to Go Inc : Sammy Sultan is not an infant or incompetent. Defendant(s) Burgers to Go Inc : Sammy Sultan is not presently in the military service of the United States as appears from facts in this litigation.

6. Defendant(s) Burgers to Go Inc : Sammy Sultan is indebted to plaintiff, Mitchell Krevat, in the following manner (state the facts in support of the claim(s)): Defendant is in Violation of 43(A) of the Lanham Act and 15 U.S.C. 1125(A) using Unauthorized, counterfeit copy and Imitations of the plaintiff's registered trademarks.

_____
_____
_____
_____
_____
_____
_____
_____
_____

WHEREFORE, plaintiff __Mitchell Krevat__ requests that the default of defendant(s) __Burger to Go Inc - Sonny Susma__ be noted and a certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, that the amount claimed is justly due to plaintiff, and that no part thereof has been paid.

Dated: __11/14/13__

By: ___[Signature]___
(Signature)

__Mitchell Krevat__
(Print name)

__200 E 94 St 1810__
(Address)

__New York, NY 10128__

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Mitchell Kesat ,
                                   Plaintiff(s),

                -against-

Burgers to Go Inc. and Sammy Sultan
                                   Defendant(s).

----------------------------------------------------------------X

**CERTIFICATE OF DEFAULT**

CV - - ( ) 13-6258 (JS)(AKT)

      I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant Burgers to Go Inc. and Sammy Sultan has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Burgers to Go Inc. Sammy Sultan is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:         , New York
               , 20___

                                              DOUGLAS C. PALMER, Clerk of Court

                                              By: _____
                                                   Deputy Clerk