UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Mitchell Krevat,
                                    Plaintiff(s),

    -against-

Samuel Sultan,
                                    Defendant(s).

------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 14 2014 ★
LONG ISLAND OFFICE

**REQUEST FOR CERTIFICATE OF DEFAULT**

13-CV-6258 (JS)(AKT)

TO:   DOUGLAS C. PALMER
      UNITED STATES DISTRICT COURT
      EASTERN DISTRICT OF NEW YORK

Please enter the default of plaintiff(s), Mitchell Krevat pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of Samuel Sultan.

Dated: 01/14/14

By: _____
        (Signature)

SAMUEL SULTAN
(Print name)

1550 Pebble Ln.
(Address)

Hewlett N.Y. 11557

RECEIVED
JAN 14 2014
EDNY PRO SE OFFICE

```
                                                          FILED
                                                    IN CLERK'S OFFICE
                                                 U.S. DISTRICT COURT E.D.N.Y.

                                                   ★   JAN 14 2014   ★
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK                              LONG ISLAND OFFICE
-----------------------------------------------------X

_Mitchell Krevat_ ,                      AFFIRMATION IN SUPPORT
                                         OF
                    Plaintiff(s)         REQUEST FOR CERTIFICATE
                                         OF DEFAULT

        -against-                        13 cv. - 6258 (JS)(AKT)

_Samuel Sultan_ ,
                    Defendant(s).

-----------------------------------------------------X

_Samuel Sultan_ hereby declares as follows:

1. I am the ~~plaintiff~~ **defendant** in this action.

2. ~~This action was commenced pursuant to~~ _counter-claim_ .

3. The time for ~~defendant~~ **plaintiff**(s), _Mitchell Krevat_, to answer or otherwise move with respect to the complaint herein has expired.

4. ~~Defendant~~ **Plaintiff**(s), _Mitchell Krevat_, has not answered or otherwise moved with respect to the complaint, and the time for ~~defendant~~ **plaintiff**(s) _Mitchell Krevat_ to answer or otherwise move has not been extended.

5. That ~~defendant~~ **Plaintiff**(s) _Mitchell Krevat_ is not an infant or incompetent. ~~Defendant~~ **Plaintiff**(s) _Mitchell Krevat_ is not presently in the military service of the United States as appears from facts in this litigation.

6. ~~Defendant~~ **Plaintiff**(s) _Mitchell Krevat_ is indebted to ~~plaintiff~~ **defendant**, _Samuel Sultan_, in the following manner (state the facts in support of the claim(s)): _The plaintiff abandoned his trademark applications. The cancellation of trademark applications_

numbers 86/036207 for Mustaengo and 86/037659 for Chipayo Mayo, as well as the trademark registrations numbers 3912193, 3978926, and 3912194, are being sought.

WHEREFORE, ~~plaintiff~~ defendant Samuel Sultan requests that the default of ~~defendant(s)~~ plaintiff Mitchell Ievevat be noted and a certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, that the amount claimed is justly due to plaintiff, and that no part thereof has been paid.

Dated: 01/14/14

By: _____
(Signature)

SAMUEL SULTAN
(Print name)

1550 Pebble Ln.
(Address)

Hewlett NY 11557

**U.S. Postal Service**
**CERTIFIED MAIL... RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.66 | 0557 |
| Certified Fee | | $3.10 | 08  Postmark Here |
| Return Receipt Fee (Endorsement Required) | | $2.55 | |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $6.31 | 11/26/2013 |

Sent To: Mitchell Krevat
Street, Apt. No.; or PO Box No.: 200 E 94 St # 1810
City, State, ZIP+4: N Y  N Y  10128

PS Form 3800, August 2006        See Reverse for Instructions

7013 1710 0000 3038 7492

```
=====================================
         HEWLETT P.O.
         HEWLETT, New York
           115572037
         3548330557-0098
11/26/2013 (800)275-8777  10:...
=====================================
         === Sales Receipt ===
Product            Sale  Unit     Final
Description        Qty   Price    Price

Envelope 6"         1    $0.49    $0.49
x 9"
NEW YORK NY 10128 Zone-1          $0.66
First-Class Mail Letter
1.70 oz.
Scheduled Delivery Day: Fri
11/29/13
Return Rcpt (Green                $2.55
Card)
@@ Certified                      $3.10
Label #:
         70131710000030387492
                             ========
Issue PVI:                        $6.31

                           ==========
Total:                            $6.80

Paid by:
Cash                              $7.00
Change Due:                      -$0.20

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.

Order stamps at usps.com/shop or
call 1-800-Stamp24. Go to
usps.com/clicknship to print
shipping labels with postage. For
other information call
1-800-ASK-USPS.
************************************
************************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
************************************
************************************


Bill#:1000201801346
Clerk:08

All sales final on stamps and postage
  Refunds for guaranteed services only
     Thank you for your business
************************************
************************************
       HELP US SERVE YOU BETTER

              Go to:
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Mitchell Krevat
        Plaintiff(s),

-against-

Samuel Sultan   Defendant(s).

-----------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 14 2014 ★

LONG ISLAND OFFICE

**AFFIRMATION OF SERVICE**

2:13 -cv- 06258 (JS)(AKT)

I Samuel Sultan, declare under penalty of perjury that I have served a copy of the attached Request for certificate of default, certificate of default, affirmation in support of request for certificate of default, proof of certified mail reciept

upon Mitchell Krevat

by mailing it to Mitchell Krevat

whose address is: 200 E 94th St #1810
NY, NY 10128

Dated: 01/14, 20 14
Central Islip, New York

_____
Signature

1550 Pebble Ln.
Address

Hewlett N.Y 11557
City, State & Zip Code

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

_Mitchell Krevat_,
                       Plaintiff(s),

            -against-

_Samuel Sultan_,
                       Defendant(s).

------------------------------------------------------------X

**CERTIFICATE OF DEFAULT**

13 CV - 6258 (JS)(AKT)

       I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the ~~defendant~~ _plaintiff_ **Mitchell Krevat** has not filed an answer or otherwise moved with respect to the ~~complaint~~ _counterclaim_ herein. The default of ~~defendant~~ _plaintiff_ **Mitchell Krevat** is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: 01/14/14, New York, 2014

DOUGLAS C. PALMER, Clerk of Court

By: _____
      Deputy Clerk